ACCEPTED
12-15-00066-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/28/2015 4:51:56 PM
CATHY LUSK
CLERK

# WM. M. HOUSE, JR.

## Attorney at Law

Office: (903) 723-2077 Fax: (903) 723-6323 Residence: (903) 723-4213

May 28, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/28/2015 4:51:56 PM
CATHY S. LUSK
Clerk

*Via Certified Mail 7010 1670 ~~5/28/2015 4:51:56 PM~~ 707*

Mr. Gerald Glenn Turner
300 ACR 2204
Palestine, Texas 75801

Re:   **Gerald Glenn Turner v. The State of Texas**
      **Case Number: 12-15-00066-CR**
      **Trial Court Case Number: 349-7584**

Dear Mr. Turner:

An opinion has been received from the Twelfth Court of Appeals concerning the motion to withdraw your appeal.  As we requested, the appeal was dismissed and a copy of the judgment from the court is enclosed.

While it is not necessary for a next level appeal in this situation, I am required to explain to you what the next steps are in the appeal process, which is contacting the Court of Criminal Appeals in Austin, Texas.  The Court of Criminal Appeals is not required to hear appeals, unlike the Twelfth Court of Appeals.  The Court of Criminal Appeals has discretionary review authority in criminal cases.  Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the Twelfth Court of Appeals pursuant to Texas Rule of Appellate Procedure 48.4.  The date of the opinion was May 6, 2015, so a PDR would be due to be filed with the Twelfth Court of Appeals no later than June 5, 2015.  The Twelfth Court of Appeals would forward any PDR to the Court of Criminal Appeals.  The address to the Twelfth **Court of Appeals is 1517 West Front Street, Suite 354, Tyler, Texas 75702.**

Please contact me if you have questions.

Sincerely,

Wm. M. House, Jr.

WMH/mj

Enclosure

cc:  Twelfth Court of Appeals

Post Office Box 1486                                    Palestine, TX 75802-1486

BOARD CERTIFIED IN CRIMINAL LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 49 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | .070 |
| Restricted Delivery Fee (Endorsement Required) | -.49 |
| Total Postage & Fees | $ 6.00 |

Postmark Here

PALESTINE TX
MAY 28 2015
75801-9998

Sent To: MR. GERALD TURNER

Street, Apt. No.; or PO Box No. 300 ACR 2204

City, State, ZIP+4 PALESTINE TX 75801

PS Form 3800, August 2006                    See Reverse for Instructions



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

MAY 6, 2015

NO. 12-15-00066-CR

**GERALD GLENN TURNER,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 349th District Court

of Anderson County, Texas (Tr.Ct.No. 349-7584)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

# NO. 12-15-00066-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GERALD GLENN TURNER,*<br>*APPELLANT* | § | *APPEAL FROM THE 349TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal. The motion is signed by Appellant and his counsel. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered May 6, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)